AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>SAMIAN SIVANSAY<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

**SEALED**

**FILED**

**Jun 25, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No.   2:26-mj-0086 CKD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 16, 2026 _____ in the county of _____ Stanislaus _____ in the
_____ Eastern _____ District of _____ California _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm |

This criminal complaint is based on these facts:

(see attachment)

☒   Continued on the attached sheet.

/s/
_____
*Complainant's signature*

ATF TFO Patrick Kesler
*Printed name and title*

Sworn to me and signed via telephone.

Date: _____ June 25, 2026 _____

*Judge's signature*

City and state:   Sacramento, CA

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ATF TASK FORCE OFFICER PATRICK KESTLER IN SUPPORT OF CRIMINAL COMPLAINT**

I, Patrick Kestler, being first duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of an arrest warrant and Criminal Complaint charging Samian SIVANSAY with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), on June 16, 2026, in Stanislaus County, California.

2.    I am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since April 2024.  I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

3.    As a TFO, I am also a sworn California Peace Officer employed by the City of Stockon Police Department.   As a California Peace Officer I attended and successfully completed a P.O.S.T. certified Peace Officer Academy at the Napa Valley Community College in Napa, CA in 2012. In addition to this basic academy, I have attended and completed the following formal trainings: the forty (40) hour Hostage Rescue CQB Course, the six (6) hour Assault Weapon Identification webinar course, the eight (8) hour CVC HIDTA Operational Red Flags webinar course, the eight (8) hour CNOA Privately Manufactured Firearms/Social Media Gun Investigations course, the eight (8) hour Glock Armorer's Course, the twenty-four (24) hour Colt M4/M16/AR-15 Rifle Armorers Course, the sixteen (16) hour Sacramento County Sheriff's Office Special Enforcement Detail's Chemical Agents Instructor Course, the twenty-four (24) hour CTT Solutions Red Dot Instructor Course, the thirty-two (32) hour New Mexico Tech Tactical Response to Suicide Bombers Course, the sixteen (16) hour Primal Response Training Group's Red Dot Instructor Course, the eighty (80) hour Los Angeles Sheriff's Department Special Enforcement Bureau's (SEB) Explosive Breaching School, the eighty (80) hour International School of Tactical Medicine's Tactical Medical Course, the fifty (50) hour CATO

AFFIDAVIT

Rappel Master Course, the forty (40) hour Alcohol, Tobacco, and Firearms Basic Undercover School, the Electronic Surveillance course (updating my compliance to take the class every five years), the sixteen (16) hour NTC Diversionary Device Instructor course, the sixty (60) hour CATO Basic Firearms Instructor Course (Carbine, Handgun, Shotgun), the eighty (80) hour Basic SWAT Course, the forty (40) hour Advanced Gang Course (2020), the forty (40) hour Basic Gang Course (2019), San Joaquin County Jail Gang Classification Training (2019), the Electronic Surveillance course (2018) providing me with the certification required to conduct lawful interception of wire, electronic digital pager, or electronic cellular telephone communications, the forty (40) hour BATI Interview and Interrogation Techniques Course (2017), and Human Trafficking School (2015). As part of my training, I have received extensive instruction in the areas of criminal law, firearms training, rules of evidence, interview techniques, physical surveillance, interviewing witnesses, confidential informants, victims and suspects, writing affidavits and executing search warrants, analyzing phone records obtained from subpoenas, search warrants, pen registers, trap and trace devices, and collecting and processing evidence. In addition, between formal training and on-the-job training, I have received specialized instruction in the extraction of data from digital devices, including cellular telephones, as well as specialized training in firearms technology. Throughout my law enforcement career, and as part of my participation in this investigation, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators.

4.      The facts and information set forth herein are based upon my personal knowledge and observations, observations of other law enforcement personnel, observations of cooperating individuals as related to me and other law enforcement personnel, my review of investigative reports, and discussions with other federal, state, and local law enforcement officials.  Where I describe statements made by other people (including other agents and law enforcement officers), the statements are described in sum, substance, and relevant part.  Similarly, where I describe information contained in reports and other documents or records in this affidavit, this

AFFIDAVIT

information is also described in sum, substance, and relevant part.  This affidavit is intended to show only that there is sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter.

## II.    PROBABLE CAUSE

5.      From February 2026 to present, the Stockton ATF Field Office, in partnership with the Stockton Police Department, has been investigating Samian SIVANSAY for his possession of firearms as a felon in the Eastern District of California.

6.      During the investigation, law enforcement identified the Instagram account with username "10_livinoffpros" as SIVANSAY's Instagram account.

7.      Since February 2026, law enforcement has periodically monitored this account and observed SIVANSAY post both photos and videos where he was in possession of firearms on several occasions.

8.      On May 18, 2026, law enforcement authored and executed a state search warrant related to SIVANSAY's Instagram account for a pen register trap and trace and historical data. In the return data, law enforcement found further evidence that SIVANSAY frequently possesses firearms and has previously been involved in illegal firearms sales without a Federal Firearms License ("FFL").

9.      On May 22, 2026, law enforcement authored and executed a state search warrant related to SIVANSAY's telephone number for call detail records, historical location data, a pen register trap and trace, and ongoing precision location information.

10.     From June 14, 2026 to June 16, 2026, law enforcement monitored SIVANSAY's Instagram account posts, as well as his location via cell phone.

11.     On June 14, 2026, SIVANSAY's cell phone data showed that he traveled to Phoenix, Arizona. While in Arizona, law enforcement observed several of SIVANSAY's social media posts where SIVANSAY was in possession of firearms while in Arizona.

12.     For example, on June 14, 2026, at 5:15 p.m., law enforcement observed multiple videos posted to SIVANSAY's Instagram account. In one video, SIVANSAY, from a

AFFIDAVIT

first-person point of view, was driving a vehicle with two gun-boxes stuffed near his right leg. The boxes were Glock boxes. One box was labeled for a Glock 45 V with serial number CGLT554 and the other labeled for a Glock 23 V with serial number CGSL641. In another video, SIVANSAY, from a first-person point of view, was driving the same vehicle. SIVANSAY then flipped the camera to show what law enforcement recognized to be at least four gun-boxes in the back seat of the vehicle.

*Refer to the following screen captures from the posts:*





13.      On June 16, 2026, at 5:34 a.m., law enforcement observed another video posted to SIVANSAY's Instagram account.  In the video, SIVANSAY, from a first-person point of view, showed a Draco AK-47 pistol on SIVANSAY's lap while SIVANSAY sat in a vehicle. SIVANSAY then panned the camera to show two guns stuffed in the center console area. SIVANSAY removed them and laid them on the center console flat. SIVANSAY zoomed in and showed that one of the guns was a Glock 45 V and the other, a Glock 30. SIVANSAY then stuffed the Draco towards the driver's floorboard.

*Refer to the following screen captures from the post:*



14.     Utilizing the social media posts, cell phone location data, and the assistance of a Phoenix Police Department officer, law enforcement was able to identify the vehicle SIVANSAY had been traveling in as a white Toyota Camry bearing California license plate #9UQG542.

15.     On June 16, 2026, law enforcement continued to monitor SIVANSAY's cell phone location data as he drove from Phoenix, Arizona to the Eastern District of California. Law enforcement located the white Toyota Camry as it traveled northbound on Highway 99 through Merced, CA.

16.     Stanislaus County Sheriff's Office attempted to conduct a traffic stop on SIVANSAY's vehicle. The suspected driver of the vehicle is Leon Watson. SIVANSAY was seated in the front passenger seat. When law enforcement tried to stop the vehicle, the driver fled

AFFIDAVIT

and led officers on a several-mile long pursuit. For the safety of law enforcement, the pursuit was terminated. Law enforcement located the vehicle abandoned and unoccupied, in front of 1710 Lois Way, Ceres, CA.

17.    Subsequently, law enforcement located Watson and SIVANSAY in a maroon-colored Kia Sorrento near Herndon Road/Hatch Road, Modesto, CA. Officers stopped the Kia and detained both SIVANSAY and Watson.

18.    Law enforcement searched the white Toyota Camry and located nine firearms in the trunk. Three of the firearms were loaded. Law enforcement also located a crossbody bag on the front passenger floorboard of the white Toyota Camry. Inside the bag investigators located SIVANSAY's identification, SIVANSAY's passport card, numerous casino rewards cards to SIVANSAY, sixty-two Xanax pills, and two Alprazolam pills.

19.    Investigators also located SIVANSAY's clothing in the trunk of the car near the firearms. Investigators knew the clothes belonged to SIVANSAY because he had posted videos on social media wearing the same clothes.

20.    Two of the firearms from the trunk matched the firearm boxes SIVANSAY posted on his Instagram account from June 14: the Glock 45 V with serial number CGLT554 and the Glock 23 V with serial number CGSL641.

21.    ATF Special Agent Payton Smith, who is trained as an ATF interstate nexus expert, personally inspected all nine firearms recovered in this case, and based on his training and experience, it is his opinion that all nine firearms recovered were manufactured outside of the state of California.

22.    I am aware that SIVANSAY has previously been convicted of the following felony offenses that are punishable by more than one year in prison:

    a)    Robbery, in violation of Cal. Penal Code § 211, on or about May 10, 2018, in San Joaquin County, California;

    b)    Felon in possession of a firearm, in violation of Cal. Penal Code § 29800(a)(1), on or about November 14, 2022, in San Joaquin County, California.

AFFIDAVIT

### III.     CONCLUSION AND AUTHORIZATION REQUEST

23.     Based on the foregoing, I respectfully request this Court issue an arrest warrant and Criminal Complaint charging SIVANSAY with one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

/s/
_____
Patrick Kestler
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and
Explosives

Subscribed and sworn to me telephonically on:     June 25, 2026

HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/s/ *Nicole M. Vanek*
Approved as to form by AUSA NICOLE M. VANEK

AFFIDAVIT

**United States v. Samien Sivansay**
**Penalties for Criminal Complaint**

**COUNT 1:**
VIOLATION:        18 U.S.C. § 922(g)(1) - Felon in possession of firearm

PENALTIES:        Maximum of 15 years in prison,
                  Fine of up to $250,000; or both fine and imprisonment
                  Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)