FILED
July 31, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIEN SIVANSAY

Defendant.

Case No. 2:26-cr-0116 WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Samien Sivansay Case No. 2:26-cr-0116 WBS Charges 21 USC § 841(a)(1) from custody for the following reasons:

______ Release on Personal Recognizance

______ Bail Posted in the Sum of $ ______

x Unsecured Appearance Bond $ 20,000

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

x **(Other):Release DELAYED until 8/3/2026 at 8:00 AM.**

Issued at Sacramento, California on July 31, 2026 at 2:50 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney