The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>SAMIAN SIVANSAY<br><br>Defendant | Case Number: 26-cr-0116 WBS<br><br>**SIPULATION AND [~~PROPOSED~~] ORDER TO AMEND DEFENDANT'S SPECIAL RELEASE CONDITIONS** |

Defendant, Simian Sivansay, seeks to amend the Court's previously issued Pretrial Release order (ECF document 15) issued by the Honorable Carolyn K. Delaney on July 31, 2026.

Condition 15 currently requires Mr. Sivansay to participate in location monitoring and Condition 16 requires he be subject to home detention. The parties hereby stipulate that Condition 16 be modified to include a curfew so that it states:

16. **CURFEW:** You must remain inside your residence every day from 8:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Pretrial Services has been notified of this modification and has no objections.

Dated: November 3, 2026

/s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Defendant
SAMIAN SIVANSAY

Dated November 3, 2026

ERIC GRANT
UNITED STATES ATTORNEY
By: /s/Nicole Vanek
Nicole Vanek
Assistant U.S. Attorney
Attorney for Plaintiff

"I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety."

/s/_________________
Vegniasha Soung
Surety

"I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety."

/s/__________________
Ginned Williams
Surety

**~~PROPOSED~~] ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court hereby orders that Condition 16 of Mr. Sivansay's conditions of release now read; "16. Curfew: "You must remain inside your residence every day from 9:00 pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

All other terms of Mr. Sivansay's pretrial release remain in effect for Mr. Sivansay.

Dated: November 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE